ROTH et al. v. LOFTIN. (No. 524.)

(Court of Civil Appeals of Texas. Beaumont. Jan. 9, 1920.)

APPEAL AND ERROR ⟡494 — DISMISSAL WHERE RECORD SHOWS NO APPEALABLE ORDER OR JUDGMENT.

Where the record fails to disclose any final judgment or appealable order, the Court of Civil Appeals has no jurisdiction, and the appeal will be dismissed.

Appeal from Hardin County Court; J. M. Combs, Judge.

Action between W. D. Loftin and Jake Roth and others. Contending that the county court erroneously granted and perpetuated an injunction in favor of the former, the latter appeal. Appeal dismissed.

B. F. Creel, of Cushing, for appellants.
B. A. Coe, of Kountze, for appellee.

HIGHTOWER, C. J. This is an appeal from the county court of Hardin county; appellants contending in their brief that the county court of Hardin county erroneously granted and perpetuated an injunction against them in favor of the appellee.

An inspection of the record in this case fails to disclose any final judgment or appealable order by the county court of Hardin county in this cause, and for such reason this court has no jurisdiction of this appeal. It is therefore ordered that the appeal be dismissed at appellants' cost.